UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami District

PEDRO GARCIA,                                     CASE NO.:08-22303-CIV-GRAHAM

      Plaintiff,                                       Magistrate Judge Edwin G. Torres

v.

RAMBO SECURITY PATROL, INC.,
a Florida Corporation, and PEDRO H.
HUEZO, SR., individually

      Defendant.
_____/

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT

      Plaintiff, PEDRO GARCIA, by and through his undersigned counsel hereby file this Motion to Enforce Mediation Settlement Agreement and as grounds therefore states as follows:

      1.      Plaintiff shows that this action has been settled as shown by the Mediation Settlement Agreement attached hereto as Exhibit "A".

      2.      On March 30, 2009, the parties attended mediation. During the mediation, a settlement was reached and a settlement agreement was signed by both parties, Plaintiff, PEDRO GARCIA and Defendant, PEDRO HUEZO, as well as their respective attorneys, Martin E. Leach, Esq., for Plaintiff and Cesar R. Sordo, Esq., for Defendant.

      3.      Pursuant to the Mediation Settlement Agreement dated March 30, 2009, Defendants' were required to make monthly payments beginning April 30, 2009, and for each month thereafter until paid in full. Payments were required to be delivered directly to Counsel for Plaintiff, Martin E. Leach, Esq.

      4.      The undersigned has received payments for the months of May, June, July August,

September, and October.

5. To date, Defendants have failed to make payments for the months of November and December.

6. Counsel for Plaintiff has conferred with counsel for Defendants regarding non-payment in an attempt to avoid the need for judicial intervention. Despite those efforts, payment has still not been made.

## MEMORANDUM OF LAW

Principles governing general contract law apply to interpret settlement agreements. *Schwartz v. Florida Bd. Of Regents,* 807 F.2d 901 (11th Cir. 1987), In this case, the terms of the contract regarding timing and manner of payments are abundantly clear. Defendants have failed to timely make the requisite payments. Defendant's conduct has caused Plaintiff to file this motion and request the assistance of this Court.

The Plaintiff submits that there exists a binding settlement agreement that was reached at mediation. Accordingly, this Court should enforce the terms of the settlement agreement and require (1) all payments to be made immediately; and (2) an award to Plaintiff of their reasonable attorney's fees and costs for having to make this motion.

## CONCLUSION

For reasons stated above, Plaintiff respectfully requests that the Court grant this motion to Enforce Settlement.

Miami, Florida this 17th day of December, 2009.

Respectfully submitted,_____

**FEILER & LEACH, P.L.**
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, Florida 33134

                   Tel: (305) 441-8818
                   Fax: (305) 441-8081
                   mel@flmelgal.com


              BY:  /s/ Martin E. Leach
                **Martin E. Leach**
                Fla. Bar No. 0037990

## CERTIFICATE OF SERVICE

  I hereby certify that on Thursday, December 17th, 2009, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.


              By:   /s/ Martin E. Leach
                **Martin E. Leach**
                Fla. Bar No. 0037990


## SERVICE LIST

**Cesar R. Sordo, Esq.**
Attorneys for Defendants
SORDO & ASSOCIATES, P.A.
3006 Aviation Avenue
Unit 2 A
Coconut Grove, FL 33133
(305) 859-8107 Telephone
(305) 859-8108 Facsimile

csordo@sordolaw.com