UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22303-Civ-TORRES
CONSENT CASE

PEDRO GARCIA,

    Plaintiff,

vs.

RAMBO SECURITY PATROL, INC.,
a Florida corporation, and
PEDRO H. HUEZO, SR., individually,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO ENFORCEMENT SETTLEMENT**

This matter is before the Court upon Plaintiff Pedro Garcia's ("Plaintiff") Motion to Enforce Settlement. [D.E. 30]. In March 2009, the parties resolved this lawsuit by way of a Settlement Agreement. [D.E. 27, 28, 29]. The Settlement Agreement, attached as Exhibit A to Plaintiff's motion, required Defendants to make monthly payments to Plaintiff beginning April 30, 2009, and continuing for twenty-one (21) months thereafter. [D.E. 30-1].

In the motion to enforce filed on December 17, 2009, Plaintiff asserts that payments were made through October, but that Defendants have failed to make the November and December payments. Accordingly, Plaintiff seeks to enforce the terms of the Settlement Agreement. He asks the Court to order that all payments be made

immediately and that we award him reasonable attorney's fees and costs for having to bring this motion.

The Certificate of Service reflects service of Plaintiff's motion on Defendants (through their attorney of record) on December 17, 2009. Nonetheless, Defendants did not respond in any way to Plaintiff's motion. Local Rule 7.1.C. of the Local Rules for the Southern District of Florida provides that each party opposing a motion shall serve an opposing memorandum of law within ten days after service of the motion. *See* S.D. Fla. L.R. 7.1.C. Failure to do so may be deemed sufficient cause for granting the motion by default. *Id.* As Defendants failed to file any opposition to Plaintiff's motion within the prescribed period of time, we grant Plaintiff's motion by default.

We also grant Plaintiff's motion for good cause shown. We have reviewed the Settlement Agreement that unambiguously requires Defendants to make monthly payments to Plaintiff for 21 months, beginning in April 2009. Defendants did not challenge the representations that they failed to make payments for November and December. We therefore find Defendants are in default of their financial obligations under the Settlement Agreement, which is another basis for granting Plaintiff's motion.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion to Enforce Settlement [D.E. 30] is **GRANTED**. Defendants shall immediately pay all amounts owed to Plaintiff under the terms of the Settlement Agreement. In addition, Defendants shall resume the monthly payments to Plaintiff as required by the Settlement Agreement. Defendants' failure to comply with the terms of the Settlement Agreement and this Order shall constitute grounds to assess attorney's fees and costs

against Defendants for costs incurred by Plaintiff in connection with enforcing the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2010.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge